```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

      v.            No. 11-50071

**JAIME MONTES-LOPEZ**                                                                    **DEFENDANT**

### ORDER

Now on this 17th day of August 2011, comes on for consideration the government's **Motion to Dismiss** (Doc. 13) pursuant to Rule 48(a) of the Federal Rules of Civil Procedure. The Court, being well and sufficiently advised, finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that the government's **Motion to Dismiss** (Doc. 13) is hereby **GRANTED**. The Indictment as to the defendant, Jamie Montes-Lopez, is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**